UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| TOU PAO LEE, | Case No. 25-CV-2926 (PJS/SGE) |
| Plaintiff, | |
| v. | |
| PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary of the Department of Homeland Security; RYAN SHEA, Freeborn County Sheriff; and TODD M. LYONS, Director of ICE for the Washington D.C. Headquarters, | ORDER |
| Defendants | |

---

Petitioner Tou Pao Lee filed this habeas petition seeking his release from immigration detention and simultaneously moved for a temporary restraining order ("TRO") preventing defendants from removing him from Minnesota. ECF Nos. 1, 9. This matter is before the Court on Lee's motion for an emergency hearing on the restraining order. ECF No. 17. According to Lee, the government is unwilling to stipulate to keeping Lee within Minnesota until the Court can rule on his motion for a TRO.

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT petitioner is not to be removed from the territorial

bounds of Minnesota until the Court has ruled on petitioner's request for a temporary restraining order.

Dated:  July 23, 2025                                         /s/ Patrick J. Schiltz
                                                        Patrick J. Schiltz, Chief Judge
                                                        United States District Court