UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TOU PAO LEE,                                          Case No. 25-CV-2926 (PJS/SGE)

            Petitioner,

v.

                                                     ORDER OF DISMISSAL

PAMELA BONDI, Attorney General;
KRISTI NOEM, Secretary of the
Department of Homeland Security; RYAN
SHEA, Freeborn County Sheriff; and TODD
M. LYONS, Director of ICE for the
Washington D.C. Headquarters,

            Respondents.

Based on the Motion to Dismiss the Writ of Habeas Corpus filed by petitioner on

September 12, 2025 [ECF No. 35], as well as on all of the files, records, and proceedings

herein, IT IS HEREBY ORDERED THAT;

    1. Petitioner's Motion to Dismiss the Writ of Habeas Corpus [ECF No. 35] is

    GRANTED;

    2. Petitioner's petition for Writ of Habeas Corpus is dismissed without prejudice

    as moot due to petitioner's removal to Laos.

September 12, 2025                           /s/ Patrick J. Schiltz
                                            Patrick J. Schiltz, Chief Judge
                                            United States District Court